**Lindell HENSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 52026.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 24, 1987.

Donald J. Hager, Public Defender, Farmington, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. The motion challenged his two consecutive sentences of seven years after having pled guilty to second degree burglary in two cases.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).